## FINE v. MAYER et al.

(Supreme Court, Appellate Term, First Department.　June 21, 1916.)

1. DAMAGES ⟪131(6)⟫—INADEQUATE DAMAGES—PERSONAL INJURIES.

In an action for personal injuries, where it appeared that defendant sprained her wrist quite severely, and had suffered considerable pain and inconvenience, a verdict of $25 was inadequate.

[Ed. Note.—For other cases, see Damages, Cent. Dig. § 370; Dec. Dig. ⟪131(6).⟫]

2. APPEAL AND ERROR ⟪1151(3)⟫—INCREASE OF RECOVERY.

In an action for personal injuries, where the damages were inadequate, a recovery could not be increased to an amount suggested by defendant without the acquiescence of plaintiff.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4499, 4503–4506; Dec. Dig. ⟪1151(3).⟫]

Appeal from City Court of New York, Trial Term.

Action by Fannie Fine against Bernhard Mayer and another. From a judgment for plaintiff for $25, she appeals. Reversed, and new trial granted.

Argued June term, 1916, before GUY, BIJUR, and PHILBIN, JJ.

Victor Deutsch, of New York City (Samuel Deutsch, of New York City, of counsel), for appellant.

Amos H. Stephens, of New York City (Edward J. Redington, of New York City, of counsel), for respondents.

BIJUR, J. [1, 2] Plaintiff sued for personal injuries, and it appears from the record that she had sprained her wrist quite severely, and, apart from other considerations, had suffered considerable pain and inconvenience. It was pointed out on the argument that the verdict was palpably inadequate, and the suggestion made that, if the parties could agree on increasing the recovery to $100 without costs, the judgment might, as so modified, be affirmed. Since plaintiff, however, is unwilling to acquiesce in this suggestion, the judgment must be reversed, and a new trial granted, with costs to appellant to abide the event. All concur.